# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-26-00425-CV

### In re William Henry Krieg

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

### M E M O R A N D U M   O P I N I O N

Krieg, who is acting pro se and an inmate in the Texas Department of Criminal Justice, seeks mandamus relief to require the district court to issue findings of fact and conclusions of law concerning an order of dismissal that he represents the trial court signed on December 30, 2025.

Even if mandamus relief is available to correct a trial court's failure to issue findings of fact and conclusions of law, relator has not established his entitlement to mandamus relief. Based on the record provided, the trial court was not required to issue findings of fact and conclusions of law because relator did not request them timely. *See* Tex. R. Civ. P. 296 (requiring party to file request for findings of fact and conclusions of law within 20 days after judgment is signed), 297 (requiring court to file findings of fact and conclusions of law "after a timely request is filed"). Accordingly, we deny the petition for writ of mandamus. *See* Tex. R. App. P. 52.8(a).

Gisela D. Triana, Justice

Before Justices Triana, Kelly, and Ellis

Filed:   May 19, 2026